# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 3:01CR00015-001 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JESSE E. HOFFMAN, III**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. The defendant's motion styled as "Motion Pursuant to Subject Matter Jurisdiction" (ECF Nos. 148, 149) is DENIED, and the defendant's submission is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28. U.S.C.A. § 2255;

2. The Clerk is DIRECTED to redocket the motion as a § 2255 motion;

3. The § 2255 motion is hereby DENIED without prejudice as successive and **stricken** from the active docket; and

4. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

    ENTER: October 29, 2012

    /s/ JAMES P. JONES
    United States District Judge